# EXHIBIT  C



