# EXHIBIT D

**Subject:** From John Chupa
**From:** john chupa <michiganlawyer1@gmail.com>
**Date:** 12/21/2017 9:21 AM
**To:** Van Economou <van@economouip.com>

Van, thank you for your recent reply. First, of course our infringement concerns include any and all sales and offer for sales, as well as all other unlawful acts. Such acts include, but are not limited to, acts of patent infringement, trademark infringement, and Lanham Act violations related to such activities as a false designation of origin or palming off. Secondly, your alleged prior art adds nothing to what is already in the record and which has been previously considered by the USPTO before issuing these patents. Thirdly, my client has an absolute right to assert its patent rights and other rights, and any alleged complaints regarding its conduct to date are ridiculous. The bottom line is this Van, your client has irrefutably copied my client's products, sold them and/or attempted to sell these exact copies in the marketplace, and caused actual confusion in the market. These acts are unacceptable and if they continue your client is asking for trouble. These actions must immediately stop. I remain baffled as to why your client needs to copy Extreme's designs and why it can't innovate on its own. I suggest you ask your client these questions. All the best. John
--
Sent from Gmail Mobile